PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
0648 2:22CR00231 (1)

**DOCKET NUMBER** *(Rec. Court)*
24-cr-0009-DDD

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Paul C. Welch | Ohio Southern | Columbus |

**NAME OF SENTENCING JUDGE**
James L. Graham, United States District Judge

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 6/2/2023
TO: 6/1/2026

**OFFENSE**
*Conspiracy to Distribute and to Possess With Intent to Distribute a Controlled Substance Analogue*

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Colorado** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/8/2024
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **_____** DISTRICT OF **Colorado**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/09/2024
Effective Date

*[signature]*
United States District Judge